# 11 CV 7336

RECEIVED
SDNY PRO SE OFFICE
2011 OCT 17 PM 3:59

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Richard Moniquette_

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

~~Manager Rosh~~
_Police Officer Mr. Ostemeir_

_44th Precinct_
_2 East 169th St_
_Bronx NY 10451_

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes   ☐ No
(check one)

I.     **Parties in this complaint:**

A.     List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name _Richard Moniqutte_
              ID # _2411027467_
              Current institution _NIC/OBCC_
              Address _1500 Hazen St_
              _East Elmhurst ny 11370_

B.     List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2007

1

Defendant No. 1    Name _Police officer ostemie_ Shield # _____
Where Currently Employed _44th Precinct_
Address _2 East 169th st Jerome Ave_
_Bronx NY 10451_

Defendant No. 2    Name _____ Shield # _____
Where Currently Employed _____
Address _____
_____
_____

Defendant No. 3    Name _____ Shield # _____
Where Currently Employed _____
Address _____
_____
_____

Defendant No. 4    Name _____ Shield # _____
Where Currently Employed _____
Address _____
_____
_____

Defendant No. 5    Name _____ Shield # _____
Where Currently Employed _____
Address _____
_____
_____

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? _N/A_

B.    Where in the institution did the events giving rise to your claim(s) occur? _N/A_

C.    What date and approximate time did the events giving rise to your claim(s) occur? _ON March 22 2011 At ~~12:30~~ 1:45 AM_

D.    Facts:    _Attch Form_

What happened to you?

When did that?

Was anyone else involved?

Who else saw what happened?

III.    **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.    _I hurt my Back also_
_My head Also suffer from Abdomonal_
_I was treat in Lincoln Hospital_

IV.    **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____    No _X_

(Exibit A)

On March 22, 2011 I was arrested at 1321 A College Ave BX. NY. 10456 I Richard Monquette let the arresting officers know I was wheelchair bound and paralyzed from the waiste down due to a car accident. They pulled out guns and threw me on the ground where I injured my chest and head my abdominal area, When then I asked the officers to take me to the hospital, they replied first they are walking me to the 44th precinct there are no wheelchair vans to transport me. The 44th precinct officers were in violation of my (ADA) Rights as a disabled person, The Ambulance then brought me to the emergency room where I was treated by attending physician: Douglas Feilds, MD And also Provider: Jordana Haber, MD for the pain in my abdominal area, they also had me urinating on my self for all the hours in the 44th precnct, where I was waiting for EMS, I have no control of my bladder And I had no urination equiptment, so there for I was drenched in urine, with bad odor, Not to mention I have a stage 4 decubical ulcer on my right side rear end when they had me in central booking for—

over 24 hours with no way to get off my behind or wheelchair, I Suffered from pressure to my ulcer and everything after we left the hospital in the front 2 or 3 officers carried me where I hit my head on the way into a non accessible NYPD van, and my chest area from them grabbing me to lift me into the van where my neck jerked really hard, I was cuffed and could not hold my balance as a parapalegic, I was in pain while the officers were driving. They was driving fast and everytime they turn a corner I hit my head, they hit speed bumps, and pot holes which also forced me, to bump my head. I than asked them to take me back to the hospital because I am in alot of pain more than I was when I left the hospital, they said that they were not going threw all that trouble again, you going to see the Judge. I was in alot of pain and I am still in alot of pain till this day, Since the date of my arrest, as a disabled person these officers from the 44 Pct. violated my rights (A.D.A) rights for the handicapped

42 U.S.C §§ 12101-12213 the ADA prevents discrimination against people with disabilities physical or mental disability! And those officers violated all my rights. mental anguish, Emotional disstress, pain + suffering and also physical harm, from bang neglegant, to my personal injury.

"CC: File"

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). *N/A*

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____    No _____    Do Not Know *X*

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____    No _____    Do Not Know *X*

If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____    No *X*

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____    No *X*

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance? *N/A*

1.  Which claim(s) in this complaint did you grieve? *N/A*

2.  What was the result, if any? *N/A*

3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. *N/A*

_____

_____

_____

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here: *N/A*

_____

_____

_____

2.  If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: _____ _N/A_

_____

_____

_____

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_N/A_

_____

_____

_____

_____

_____

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.    **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I would like the Courts to have NYPD to Get wheel chair VANS place so when the NYPD Arestress people in wheel chairs they Bring A wheel chair VAN I would Like 1.million dollars for my Injuries Because the officers violation all my (ADA) rights as a disable preson. I also suffer from Pain & suffering mental Anguish Emotion disstress

_____

_____

_____

_____

_____

_____

VI.   **Previous lawsuits:**

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____   No  ✗

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____ *N/A* _____

Defendants _____

2.   Court (if federal court, name the district; if state court, name the county)  *N/A*

3.   Docket or Index number _____ *N/A* _____

4.   Name of Judge assigned to your case _____ *N/A*

5.   Approximate date of filing lawsuit _____ *N/A* _____

6.   Is the case still pending? Yes ____   No ____

If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____ *N/A*

_____

_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____   No  ✗

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____ *N/A* _____

Defendants _____ *N/A* _____

2.   Court (if federal court, name the district; if state court, name the county)  *N/A*

3.   Docket or Index number _____ *N/A* _____

4.   Name of Judge assigned to your case _____ *N/A*

5.   Approximate date of filing lawsuit _____ *N/A* _____

6.   Is the case still pending? Yes ____   No ✗

If NO, give the approximate date of disposition _____ *N/A*

7.    What was the result of the case?  (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____ *N/A* _____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this *13* day of *Oct*_____, 20 *11*

Signature of Plaintiff    *Richard MoniQuelle*
Inmate Number    *241 11 02767*
Institution Address    *VTC / OBCC*
_*1500 Hazen St*_
_*East Elmhurst*_
_*New York 11370*_

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this *13* day of _*Oct*_____, 20 *11*, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Richard Moniquelle*

**RECEIVED**
SDNY PRO SE OFFICE

**2011 OCT 17 PM 3: 59**

Patient Discharge Report
Emergency Department
Lincoln Medical and Mental Health Center
234 East 149th Street
Bronx, NY 10451

Event D/T: Tue 03/22/2011 13:44             Patient Name: Moniquette,Richard
Disposition Time: 1345                      MRN: 2395277-1
Attending Physician: Douglas Fields, MD
**Provider:** Jordana Haber, MD
**Diagnosis:** Retention of urine, unspecified
**Disposition:** Discharged to Home or Self Care

**Prescriptions provided in the Emergency Department / Recetas nuevas proporcionados en el departamento de emergencia:**

**Remember to take your medications, including new prescriptions, as directed by your Emergency Department provider. / Recuerde tomar sus medicamentos, incluyendo recetas nuevas, como se lo indico su proveedor de salud en el departamento de emergencia.**

**Your ED Provider's Instructions/ Instrucciones de su proveedor de salud del departamento de emergencia:**

return for abdominal pain. concern

**Appointment Information / Informaccion de cita de seguimiento:**

**Important Notes:**

If your symptoms are not improving, or begin worsening, contact your primary doctor.  If you believe it is an emergency, please return to the Emergency Department or call 911.  If you have any questions, feel free to ask your doctor before you leave.

**Notas Importantes:**

Si sus sintomas no mejoran, o si empeoran, llame a su doctor principal. Si piensas que tienes una emergencia, regrese al departamento de emergencia o llame al 911. Si tienes alguna pregunta, no dude en hacerla antes de irse.

_____                    _____
Patient/Guardian Signature                 Physician/ Provider Signature
I have received these instructions and     I have reviewed these instructions with
had my questions answered.                 the patient.
Yo he recibido estas instrucciones y
todas mis preguntas fueron respondidas.

*PRO SE* OFFICE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 230
NEW YORK, NEW YORK 10007

J. MICHAEL McMAHON
CLERK OF COURT

# IMPORTANT NOTICE

# INCREASE IN FILING FEES

Increase in Fees

    **The filing fee for new civil actions** (except *habeas corpus* proceedings) is **increasing to $350 and the filing fee for all appeals is increasing to $455.** The Deficit Reduction Act of 2005, Senate Bill S.1932, passed by the United States Congress and signed into law by the President on February 8, 2006, increases the fee for filing a civil action in all United States District Courts from $250 to $350 (amending 28 U.S.C. § 1914(a)) and increases the fee for filing an appeal to all United States Courts of Appeals from $255 to $455 (amending 28 U.S.C. § 1913).

    **Therefore, effective April 10, 2006**, the filing fee for:
**(1) all civil actions (except *habeas corpus* actions\*) in the United States District Courts will be $350; and**
**(2) all appeals to the United States Courts of Appeals will be $455.**

    \*The fee for filing a *habeas corpus* action in the United States District Courts will remain $5.

Prisoner Authorization Form

    Any inmate who seeks to have the filing fee for a new civil action in federal district court waived and proceed *in forma pauperis* under 28 U.S.C. § 1915 must sign the **new Prisoner Authorization form** that has been distributed to this facility. **The old forms (which refer to the $250 filing fee) may <u>not</u> be used.** If you need the new form, or if you have any questions regarding the procedures of the Southern District of New York, you may contact the *Pro Se* Office by writing or calling (212) 805-0175 during business hours, 8:30am - 5:00pm, Monday - Friday (except federal holidays). Please note the *Pro Se* Office cannot accept collect calls.

2/23/2006

(ADA) "voicitening my ADA Rights" AS A DISABILIT PERSON

PRO SE OFFICE

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 230
NEW YORK, NEW YORK 10007

J. MICHAEL McMAHON
CLERK OF COURT

## INSTRUCTIONS FOR FILING A PRISONER'S CIVIL RIGHTS COMPLAINT

Attached are a complaint form and an application to waive the filing fee for an action under 42 U.S.C. § 1983. The instructions for completing them are as follows:

1. **Caption:** The caption is located in the top left corner on the first page of the complaint. You, as the person filing the complaint, are the plaintiff. The people you allege have violated your rights and are responsible for your injuries should be named as the defendants. You should state the first and last name of each defendant and badge number, if appropriate. If you do not know the name of a defendant, you should name him or her as "John Doe" or "Jane Doe" and include some descriptive information about that defendant. For example, "John Doe Correctional Officer who worked the 8am-4pm shift on C-Block at Sing Sing Correctional Facility on January 1, 2003."

2. **Jury Trial:** You are entitled to a trial by jury, however, you lose your right to a jury trial if you do not ask for it early enough. You should indicate on the first page of the complaint whether or not you want a jury trial by checking either "yes" or "no" in the top right corner of the first page of the complaint. You can also demand a jury trial within 10 days of service of the answer. If you fail to request a jury trial, but later decide you want one, you may request a jury trial by filing a formal motion and explaining why you did not ask for one earlier. The judge, however, does not have to grant this motion.

3. **Contents:** The form should be fully completed. It can be typed or handwritten, but it must be legible. If you need more space to answer a question, use separate sheets of 8½ x 11-inch paper and attach them to your complaint. You are required to give facts, not legal arguments or citations. Each plaintiff must sign the complaint with an original signature (in ink or pencil). Photocopies of your signature cannot be accepted. The complaint need not be notarized.

4. **Copies:** You must send the Court the original complaint plus two identical copies. You should keep another copy for your records. Copies can be handwritten or typewritten but all copies must be identical to the original.

$250.00

5. **Fee:** The filing fee is $150.00, payable to the "Clerk of Court, USDC, SDNY", by certified check, bank check, money order, major credit card, or cash (if your complaint is submitted in person). No personal checks are accepted.

i

6. <u>Inability To Pay The Fee</u>: If you cannot pay the fee, you may apply to the Court to waive the fee. Complete the enclosed Request to Proceed *In Forma Pauperis* and attach it to the original complaint. The caption of this application must be identical to the caption on the complaint. If you are currently confined in a jail, prison, or other correctional facility, you must also complete a Prisoner Authorization Form and attach it to the Request to Proceed *In Forma Pauperis*. Even if the Court grants your application to waive the filing fee, your inmate account may be debited in accordance with the Prison Litigation Reform Act of 1995, codified at 28 U.S.C. § 1915(b). If there is more than one plaintiff, each plaintiff must provide a separate Request to Proceed *In Forma Pauperis* and Prisoner Authorization Form.

7. <u>Filing</u>: When you have completed the forms, mail the original and two copies of the complaint, as well as the Request to Proceed *In Forma Pauperis* and Prisoner Authorization Form, if applicable, to the *Pro Se* Office at the address above.

8. <u>Serving the Complaint</u>: After the Court has issued a summons, copies of the summons and complaint must be served upon each of the defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure. The plaintiff is responsible for ensuring that the defendants are served.

    a) If you submit the filing fee with your complaint, you must arrange to have service made on your defendants. Professional process servers are listed in the telephone directory and in The New York Law Journal. Although professional process servers are recommended, they may be costly. You are not required to hire a professional to effect service if you have a trusted friend or family member willing to serve the papers for you. Anyone who is eighteen years or older and not a party to the action may qualify as an appropriate server.

    b) If you seek to waive the fee and have been granted *in forma pauperis* status, you may have the United States Marshal Service serve the summons and complaint free of charge. If *in forma pauperis* status was not granted and you have paid the filing fee for the action, the United States Marshal Service may serve the summons and complaint for a fee. Please note that because of the large number of cases for which the United States Marshal Service is responsible, there may be significant delays in having your papers served by the Marshal Service.

    c) Whether you have paid the filing fee or have been granted *in forma pauperis* status, you may wish to take advantage of the Waiver of Service provision, Fed. R. Civ. P. 4(d), which permits the plaintiff to serve by first-class mail. Additional information about service will be sent to you by the *Pro Se* Office when your summons has been issued by the Court.

9. <u>Questions</u>: If you have any questions, please contact the *Pro Se* Office, (212) 805-0175, during business hours, 8:30am - 5:00pm, Monday - Friday (except federal holidays). Please note that the *Pro Se* Office cannot accept collect calls.

Rev. 09/04