UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



RICHARD MONIQUETTE

   -against-

                          AMMENDMENT COMPLAINT

POLICE OFFICER MR. WALTER OSTERMEIR
AND NEW YORK CITY POLICE DEPARTMENT
(44th PRECINCT)   Shield #21701

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___7/5/12___

     On and/or about March 22, 2011, at approximately 2:00 AM., I was arrested outside approximately two houses away from my apartment on 1321 A. College Avenue, Bronx, New York, 10456, by THE NEW YORK CITY POLICE DEPARTMENT, and Police Officer Mr. Walter Ostermeir, Shield #21701 from the 44th Precinct (N.Y.P.D.), located at 2 East 169th Street, Bronx, New York 10451,. I the plaintiff Richard Moniquette, Book and Case #241-11-02767 let the arresting Police Officer Mr. Walter Ostermeir know as he clearly observed me confined to a wheelchair, that I am paralyzed from the waiste down, as I immediately put my hands up, "Don't Move" as they replied when reaching for there guns then threw me on the ground, with the assistance of other Police Officer(s) and/or Defendants. During the arrest these Officer(s) injured my chest, stomache, ribs, head and abdominal area. Then I asked the Officer(s) including Police Officer Walter Ostermeir if he can call the ambulance and/or get me to a hospital. and he replied, first they are taking me to the 44th precinct. There were no wheelchair accessible vans so they then walked me to the 44th precinct after having me handcuffed laying on my chest for approximately 30 minutes in alot of pain. The New York City Police Department and Officer(s) including Mr. Walter Ostermeir were in violation of my (ADA) Rights as a disabled person. After being detained in the 44th precinct for approximately three hours or more, drenched in my own urine left without any of my medical equptment due to the neglegance of all the 44th precinct Officer(s). after explaining to them of of the supplies that I needed such as catheters, gloves, urinal container and etc. -

" cc : File "                     1.

I also explained to the Officer(s) that I do not have control of my bladder whatsoever. I remained detained in the 44th precinct for several hours before anyone calling E.M.S. and E.M.S. finally arriving to transport me to the hospital, after enduring intolerable pain for hours, and being forced to sit in my own urine, with a stage 4 decubitus ulcer on my right buttock, without having the ability to releive of pressure every so often because I was handcuffed. I have been ordered by many doctors to releive the pressure of my buttocks every so often, as mandatory to help heal my wound, an excersize I was deprived of, due to the neglegance of the 44th precinct Police Officer(s) including Police Officer Walter Ostermeir, Shield #21701. Under 42 U.S.C. Section 12101-12213 the (ADA) prevents discrimination against people with disibilities. When finally arriving to the hospital by an ambulance, I was treated by attending physician: Douglas Feilds, MD, and medical provider: Jordana Haber, MD, for the pain I endured. When leaving the hospital, I asked the escorting Officer(s) which are not identified at this time, if wheelchair accessible transportation were on the way for my pickup and transportation to the Bronx Central booking from the hospital. When the wheelchair transportation was not available for me, I had to be carried by escorting Police Officer(s) into a non-accessible van further injuring my body on the way into the van , by the escorting Police Officer(s), (N.Y.P.D.) who asked for the assistance of an N.Y.P.D. Officer who was walking by, who which all had to carry me into the non-accessible van, where these Police Officer(s) further injured me, due to the **grabbing, and while the** van was in motion due to being handcuffed in a chair, at the speedrate the van was driven, and the sudden stops, speedbumps, and potholes, stop signs, red lights, as the red lights were driven thru. I endured alot of pain from the bumping of my head, the jerking of my neck, due to the no balance, from the waiste down, from being a parapalegic. I was in severe pain from the time of my arrest, to the time I was being carried in and out of the non-accessible van, and taken to Bronx **Central-booking** at 161st -

Street. Where I endured pain for approximately 48 hours. Where I was detained in a small, one man cage, until I was moved to a bigger cage, which both were not wheelchair accessible. I had to sit on my behind because I could not lay on the floor and/or on any inappropriate sized bench which I could of fallen from, to wait until the extraordinary amount of time, until seeing the Judge. I am suffering from pain till this very day, since the date of my arrest. As a disabled person, my arresting Police Officer Walter Ostermeir Shield #21701 violated my Rights along with some of these Escorting Police Officer(s) which are not named due to the lack of information that I have been afforded. My ADA Rights have been violated as a disabled person. 42 U.S.C. Section 12101-12213 the ADA prevents discrimination against people with disibilities physical or mental anguish, emotional disstress, pain and suffering, excessive force, and all the physical harm that I was caused, by these Police Officer(s) of the 44th precinct for there neglegant behaviors and causing me personal injury and injuries. I am sueing these Officer(s) for $10,000,000.00., on there Official capacity and personal capacities.

" cc : File "

Thank You.

*Richard Moniquette* (signature)

Date : June 26, 2012

_____
NOTARY PUBLIC

Richard Moniquette, #241-11-02767
North Infirmary Command Annex
1500 Hazen Street Dorm- three
East Elmhurst, NY, 11370

Mr. Richard Moniquette, #241-11-02767
North Infirmary Command Annex
1500 Hazen Street, Dorm-3
East Elmhurst, New York  11370

Honorable Richard J. Sullivan
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 640
New York, New York  10007-1312

I am hereby writing to respectfully ask this Court to understand that I have not amended this Complaint, and I have not obtained the full names and badge #(s) of all the Officers and/or defendants. However I did obtain the correct name and badge # of the arresting Officer Mr. Walter OSTERMEIR of the 44th precinct, shield # 21701, because the marshal service has not been able to serve the first defendant because the marshal could NOT identify the First Defendant and/or Officer. I recently obtained the identifying information to serve the defendant. Please send me a new Summons and Complaint along with the Process and Receipt form so that I can serve the first defendant thru the marshal service with the correct full name and badge # of the defendant. I am respectfully asking the Court to send me a new Summons and Complaint along with the Process and Receipt form, so that I could send it to the marshal to serve the first Officer and/or defendant. However I will continue to try and obtain the where abouts of the other remaining Officers and/or defendants thru the discovery process of this proceeding. After obtaining the full names and badge #(s) of the remaining defendants, than I can completely amend my complaint. I cannot amend my complaint until I have obtained the full names and badge # (s) and address of the defendant in this civil proceeding.

In closing, I would like to take this opportunity to thank you in advance for your immediate attention, time, and assistance regarding this very important matter, as I eagerly look foward to hearing from you.

Thank you.



Richard Moniquette #241-11-02767
North Infirmary Command (Annex)
1500 Hazen Street Dorm-3
East Elmhurst, New York 11370

HONORABLE Richard J. Sullivan
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Daniel Patrick Moynihan U.S Courthouse
500 Pearl street   Room 640
New York, NY 10007-1312